1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LORINA E. MULOCK,                                      )
                                                       )   CIVIL NO. C04-5065RBL
                                                       )
                                                       )   ORDER FOR ATTORNEY'S FEES
                        Plaintiff,                     )   PURSUANT TO 42 U.S.C. § 406(b)
                                                       )
                                                       )
                                                       )
vs.                                                    )
                                                       )
                                                       )

JO ANNE B. BARNHART,
Commissioner of Social Security,

30
31
32

Defendant.

33
34

THE MATTER having come on regularly before the undersigned upon by

35
36

Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having

37
38

considered the contentions of Plaintiff and Defendant, good cause having been shown

39
40

for entry of the Order, now therefore, it is hereby

41
42

ORDERED that Plaintiff's attorney Elie  Halpern is awarded a gross attorney's

43
44

fee of $16,531.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fee of

45

$4,649.14 that was previously awarded, Plaintiff's attorney being awarded a net fee of

ORDER FOR ATTORNEY'S FEES      PURSUANT
TO 42 U.S.C. § 406(b) [C04-5065RBL] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

$11,231.00. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's

attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance

of $11,231.00, minus any applicable processing fees as allowed by statute.

DATED this 21st day of February, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

ORDER FOR ATTORNEY'S FEES      PURSUANT
TO 42 U.S.C. § 406(b) [C04-5065RBL] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055